## Case No. 1,290.

### BENARY v. The PRINCE ALBERT.

[The case reported under above title in 15 Int. Rev. Rec. 35, is the same as Case No. 11,-426.]